IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| JUSTON JOHN ASHLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Civil Action No. 0:16-cv-3204-JMC-PJG |

## ORDER

The Defendant, Nancy A. Berryhill, Commissioner of Social Security, has moved this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings. The plaintiff does not object to the Defendant's motion.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby

**ORDERS** that the Defendant's motion is granted and this action is **REMANDED** to the Commissioner for further evaluation under sentence four of 42 U.S.C. § 405(g).[1] *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

**IT IS SO ORDERED.**

August 23, 2017  
Columbia, South Carolina

Paige J. Gossett  
UNITED STATES MAGISTRATE JUDGE

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.